cause no. _____

District Court of the United States of America _____

District of Columb    Case: 1:19-cv-02269  JURY DEMAND
                      Assigned To : Unassigned
date _____        Assign. Date : 7/30/2019
                      Description: Pro Se Gen. Civ. (F-DECK)

Claimant: james evert: family of ferrell, live man,

7080 Viola Road

Morrison, Tennessee [37357]

    Claimant

    vs.

Josh Sparkman

P O Box 826

1291 South Walnut Avenue

Cookeville, Tennessee 38501-5963

    Defendant

    and

Larry Bart Stanley (jr.)

111 South Court Square

McMinnville, Tennessee 37110

    Defendant

    and

STATE OF, TENNESSEE corporation, et al

agencies, committees, boards, commissions,m    page 1 of 25

RECEIVED

JUL 3 0 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

P O Box 20207

Nashville, Tennessee 37202-0207

Defendant

and

TENNESSEE HIGHWAY PATROL ADMINISTRATION, et al

Colonel Tracy Trott

1150 Foster Avenue

Nashville, Tennessee 37243

Defendant

and

Bernadette W. Morris, a.k.a., d.b.a.

COUNTY OF, WARREN

111 South Court Square

McMinnville, Tennessee 37110

Defendant

and

Lisa S. Zavogiannis

P O Box 510

131 East Main Street

McMinnville, Tennessee 37110

Defendant

and    page 2 of 25

William M, Locke,

Military hearing Officer,

Acting as a judge

111 South Court Square

McMinnville, Tennessee 37110

Defendant

and

Justin walling

P O Box 510

131 East Main Street

McMinnville, Tennessee 37110

Defendant

and

COUNTY OF, WARREN; TENNESSEE corporation,

C.E.O. Executive, Herschel Wells Sr.

201 Locust Street, Suite 1

McMinnville, Tennessee 37110

Defendant

and

John Everett Williams, Military hearing Officer,

TENNESSEE SUPREME COURT, MIDDLE DIVISION

100 SUPREME COURT BUILDING

491 7th Avenue North

Nashville, Tennessee 37219-1407

Defendant

and

Norma McGee Ogle, Military hearing Officer,

TENNESSEE SUPREME COURT, MIDDLE DIVISION

100 SUPREME COURT BUILDING

491 7th Avenue North

Nashville, Tennessee 37219-1407

Defendant

and

Robert W. Wedemeyer, Military hearing Officer,

TENNESSEE SUPREME COURT, MIDDLE DIVISION

100 SUPREME COURT BUILDING

491 7th Avenue North

Nashville, Tennessee 37219-1407

Defendant

and

Jamie Gibson

Appellate Court Cost Center

Arcade Station

P O Box 198781

Nashville, Tennessee, 37219-8781      page 4 of 25

Defendant

and

Hubert H. Slatery III

Office of the Attorney General and Reporter

P O Box 20207

Nashville, Tennessee 37202-0207

Defendant

and

Clark B. Thornton

Office of the Attorney General and Reporter

P O Box 20207

Nashville, Tennessee 37202-0207

Defendant

and

Robert N. Hibbett

Clover Bottom Center, Fir Building

309 A Stewarts Ferry Pike

Nashville, Tennessee 37214 .

Defendant

and

James A. Hamilton III

West Tennessee Claims Commission

P O Box 1170

Dyersburg, Tennessee 38025

    Defendant

    and

William A. Young

7610 Gleason Drive, Suite 201

Knoxville, Tennessee 37919

## Claim For Money Damages In Excess of $100,000.00.

## Jury Demand Herein,

---

**I.**          **INTRODUCTION AND OPENING STATEMENT**

This Action commences from a TENNESSEE HIGHWAY PATROL MULTIPLE OFFENCE CITATION, by a MILITARY OFFICER, offered to a non-resident alien individual, a live man, while the MILITARY OFFICER operating under color of STATE OF, TENNESSEE law, and operating outside his jurisdiction and scope of authority.

By the force of arms, james everett: family of ferrell, a non-resident alien individual, a live man, is damaged by his having to attend Military Court Marshals (hearings) presided over by Military Officers of The STATE OF, TENNESSEE, masquerading as lawful courts and judges, them issuing judgments and decrees in the name STATE OF, TENNESSEE, against JAMES EVERETT FERRELL, while these herein named Officials having full knowledge of the facts that JAMES EVERETT FERRELL, is the TRUST, created by the

STATE OF, TENNESSEE's identity theft at the birth of james everett: ferrell, a non-resident alien individual, a live man. This shenanigan preformed by the named herein STATE OF, TENNESSEE Officials, amounts to mischaracterization and barratry, just to name a few.

## II.        Definitions as Used Herein

All above I. paragraphs incorporated as if restated herein,

1. UNITED STATES; UNITED STATES, INC., UNITED STATES OF AMERICA, INC., et al: private corporations, for profit, created, owned, and operated by the INTERNATIONAL BANKERS, and their minions. **Not to be confused with The United States of America Republic, as defined in the Articles of Confederation.**

2. STATE OF, TENNESSEE, TENNESSEE, STATE OF, STATE, STATE OF TENNESSEE, INC., STATE OF TENNESSEE, et al,: is a private corporation for profit, Military agency, under Military occupation, by the UNITED STATES et al Military since before April 24, 1863. **Not to be confused with the Tennessee Republic.**

3. TENNESSEE HIGHWAY PATROL: a private Military agency for profit, a part of the occupying forces under the Crown, Operated in the name of STATE OF TENNESSEE, consisting of Multiple Ranks of Military Officers, privateers, and tortfeasors, for a profit and a gain for themselves and the STATE.

4. STATE OF TENNESSEE JUDICIARY: Is a private, for profit, corporation, owned by the STATE OF TENNESSEE B.A.R. ASSOCIATION, for the control and protection of the STATE OF TENNESSEE MILITARY TRIBUNALS ( operating as courts).

5. JAMES EVERETT FERRELL, JAMES E. FERRELL, JAMES FERRELL, FERRELL, JAMES E.: are all TRUSTS created for usufructuary by the STATE.

6. james everett: family of ferrell, is a non-resident alien individual, live man, begotten on Tennessee Republic, by a free white father and a free white mother.

7. Person: Natural person, Natural persons are categorized, according to their rights and status, as (1). Citizens, (2). Citizens of the United States but not of this state; and (3). Aliens

8. Perjury: A crime that occurs when an individual willfully makes a false statement during a judicial proceeding after he or she has taken an oath to speak the truth.

9. All Military Statutes, codes, ordinances, Constitutions, and treaties, referenced herein, are  for the convenience of the court, and Claimant lays no claim or obligation to them.

## III.            VENUE and JURISDICTION

All above I., II, 1 - 9, paragraphs  incorporated as if restated herein,

10. Venue in this matter is proper in WASHINGTON, DISTRICT OF COLUMBIA, in that All perpetrators concerning allegations alleged herein, are UNITED STATES CITIZENS, and hold offices, or are employed by the UNITED STATES or one of it's Military Agencies.

10. Complainant herein, james everett: ferrell, a non-resident alien individual, live man, on Tennessee state, Republic.

11. 28 U.S. Code § 1331 - Federal question

The district courts shall have original jurisdiction of all civil actions arising under the constitution, laws, or treaties of the United States.

12. 28 U.S. Code § 1332 - Diversity of citizenship; amount in controversy; costs

(a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs, and is between ---- (1), (2), (3), (4),

13. 28 U.S. Code § 610 - Courts defined

As used in this Chapter the word "courts" includes the courts of appeals and district courts of the United States, the United States District Court for the District of the Canal Zone, the District Court of Guam, the District Court of the Virgin Islands, the United States Court of Federal Claims, and the Court of International Trade.          8 of 25

14. Jurisdiction is proper in this matter, in the district court of the United States, in that none of the allegations arises in Guam, nor the Canal Zone, nor the Virgin Islands,

15. 28 U. S. Code § 3002 - Definitions

"United States" means --
(A).
a Federal corporation;
(B).
an agency, department, commission, board, or other entity of the United States; or
(C).
an instrumentality of the United States

## IV.                                                    PARTIES

All above I., II, III, 1 - 15, paragraphs incorporated as if restated herein,

16. Claimant: james evertt: family of ferrell, live man, hereinafter, Claimant, at all times relative to this action, is the claimant in this matter. Claimant has lived on Tennessee state more than 20 years. Claimant owns property at; 7080 Viola Road, Morrison, Tennessee [37357].

17. Defendant: Josh Sparkman, hereinafter, Sparkman, at all times relative to this action, is a State Military Officer for the State agency, TENNESSEE HIGHWAY PATROL, Sparkman does business at; P O Box 826, 1291 South Walnut Avenue, Cookeville, Tennessee 38501-5963. Sparkman is being sued as a person.

18. Defendant: Larry Bart Stanley, hereinafter, Stanley, at all times relevant to this action, is a Military hearing officer for THE STATE OF TENNESSEE corporation, Stanley does business at 111 South Court Square, McMinnville Tennessee, 37110. Stanley is being sued as a person.

19. Defendant: STATE OF, TENNESSEE corporation, et al agencies, committees, boards, commissions, hereinafter, State, at all times relative to this action is a instrumentality of the United States Federal Corporation. State does business at; 600 Charlotte Ave., Nashville, Tennessee 37243. State is being sued as a person.

20. Defendant; TENNESSEE HIGHWAY PATROL ADMINISTRATION, et al, Colonel Tracy Trott, hereinafter, Trott, at all times relative to this action, is a private Military corporation, operated by STATE OF TENNESSEE. Trott, as TENNESSEE HIGHWAY PATROL ADMINISTRATION, et al, does business at; 1150 Foster Avenue, Nashville, Tennessee 37243. Colonel Tracy Trott, as TENNESSEE HIGHWAY PATROL ADMINISTRATION, et al, is being sued as a person.

21. Defendant: Bernadette W. Morris, a.k.a., d.b.a. COUNTY OF, WARREN, hereinafter, Morris, at all times relative to this action, is a Military Officer operating as Clerk of the Military Tribunals, Court Marshals, against the inhabitants of Tennessee, presided over, by the B.A.R. flies. Morris, does business at: 111 South Court Square, McMinnville, Tennessee 37110. Morris is being sued as a person.

22. Defendant: Lisa S. Zavogiannis, hereinafter, Lisa, at all times relevant to this action, is an acting Military General underling, of the Attorney General for the United States Military instrumentality corporation agency, STATE OF TENNESSEE. Lisa, does business at; P O Box 510, 131 East Main Street, McMinnville, Tennessee 37110. Lisa is being sued as a person.

23. Defendant: William M, Locke, Military hearing Officer, Acting as a judge, hereinafter, Locke, at all times relative to this action, is a Military Hearing Officer, conducting Military Courts Marshals against the inhabitants of Tennessee state. Locke does business at; 111 South Court Square, McMinnville, Tennessee 37110. Locke is being sued as a person.

24. Defendant: Justin Walling, hereinafter, Walling, , at all times relevant to this action, is an acting Military General underling, of the Attorney General for the United States Military instrumentality corporation agency, STATE OF TENNESSEE. Walling, does business at; P O Box 510, 131 East Main Street, McMinnville, Tennessee 37110. Walling is being sued as a person.

25. Defendant: COUNTY OF, WARREN; TENNESSEE corporation, C.E.O. Herschel Wells Sr., hereinafter, Wells. At all times relevant to this action, Wells is the C.E.O. of COUNTY OF, WARREN; TENNESSEE, and responsible for the acts, or inactions, of the Military agency, COUNTY OF, WARREN; TENNESSEE. Wells does business at; 201 Locust Street, Suite1, McMinnville, Tennessee 37110. COUNTY OF, WARREN, C.E.O. Wells, is sued as a person.

26.Defendant: John Everett Williams, hereinafter, Williams, at all times relative to this action, is a Military Hearing Officer, for the private Military corporation, STATE OF TENNESSEE COURT OF APPEALS. Williams does business at; 100 SUPREME COURT BUILDING, 491 7th Avenue North, Nashville, Tennessee 37219-1407. Williams is sued as a person.

27. Defendant: Norma McGee Ogle, hereinafter, Ogle, at all times relative to this action, is a Military Hearing Officer, for the private Military corporation, STATE OF TENNESSEE COURT OF APPEALS. Ogle does business at; 100 SUPREME COURT BUILDING, 491 7th Avenue North, Nashville, Tennessee 37219-1407. Ogle is sued as a person.

28. Defendant: Robert W. Wedemeyer, hereinafter, Wedemeyer, at all times relative to this action, is a Military Hearing Officer, for the private Military corporation, STATE OF TENNESSEE COURT OF APPEALS. Wedemeyer does business at; 100 SUPREME COURT BUILDING, 491 7th Avenue North, Nashville, Tennessee 37219-1407. Wedemeyer is sued as a person.

29.Defendant: SUPREME COURT, STATE OF TENNESSEE, hereinafter, Bivins, Clark, Kirby, Lee, Page, at all times relevant to this action, the five Military actors as named in this paragraph are acting as the SUPREME COURT OF THE STATE OF TENNESSEE, MILITARY corporation. SUPREME COURT STATE OF TENNESSEE, does business at; 100 SUPREME COURT BUILDING, 491 7th Avenue North, Nashville, Tennessee 37219-1407. Bivins, Clarke, Kirby, Lee, Page, as The SUPREME COURT OF THE STATE OF TENNESSEE is being sued as a person.

30. Defendant: Jamie Gibson, hereinafter, Gibson, at all times relevant to this action, is a debt collector for Military Tribunals, acting as Appellate Courts for the STATE OF TENNESSEE, corporation, Appellate Court Cost Center. Gibson does business at; Arcade Station, P O Box 198781, Nashville, Tennessee, 37219-8781. Gibson is sued as a person.

31. Defendant: Hubert H. Slatery III, hereinafter, Slatery, at all times relative to this action, is the Top appointed Military General for STATE OF TENNESSEE Military corporation, occupying the Office of Attorney General and Reporter. Slatery does business at; P O Box 20207, Nashville, Tennessee 37202-0207. Slatery is being sued as a person.

32. Defendant: Clark B. Thornton, hereinafter, Thornton, is at all times relevant to this action is an underling General, in the Office of Slattery, the Top appointed Military General for the STATE OF TENNESSEE, Military corporation, occupying the Office of Attorney General and Reporter. Thornton does business at; P O Box 20207, Nashville, Tennessee 37202-0207. Thornton is being sued as a person.

33. Defendant: Robert N. Hibbett, hereinafter, Hibbett, at all times relative to this action is a Military Officer for the STATE OF TENNESSEE, Military corporation. Hibbett holds his Office as a Claims Officer, charged with the duties to settle lawful claims made against the State. Hibbitt does business at; Clover Bottom Center, Fir Building, 309 A Stewarts Ferry Pike, Nashville, Tennessee 37214. Hibbitt is being sued as a person.

34. Defendant: James A. Hamilton III, hereinafter, Hamilton, at all times relevant to this action is a Military Officer for the STATE OF TENNESSEE, Military corporation. Hamilton holds his Office as a Claims Officer, charged with the duties to settle lawful claims made against the STATE OF TENNESSEE. Hamilton does business at; West Tennessee Claims Commission, P O Box 1170, Dyersburg, Tennessee 38025. Hamilton is being sued as a person.

35. Defendant: William A. Young, hereinafter, Young, at all times relative to this action is a Military Officer for the STATE OF TENNESSEE, Military corporation. Young holds his Office as a Claims Officer, charged with the duties to settle lawful claims made against the State. Young does business at; 7610 Gleason Drive, Suite 201, Knoxville, Tennessee 37919. Young is sued as a person.

## V.                                   Facts

All above I., II, III, IV, 1 - 35, paragraphs incorporated as if restated herein,

36. The Congressional Record of "The United States of America" reflects that on or about December 5, 1860, the whole congress for "The United States of America" resigned, "sin die", sun set, therefore; terminating the original corporate contract (constitution) of the Union States, lawful government of "The United States of America"

37. The governments of the Republic states is not terminated at that time.

38. Lincoln, him being an Attorney, Esquire, Barrister, is illegally put in the office as president of the United States, Inc., "not" to be confused with "The United States of America,"

39. the 13th amendment, at that time, barred Lincoln, from becoming president of "The United States of America", but not president for the United States, Inc., a totally separate entity, therefore;

40. The lawful government of the Union states, Republics, at that time, "The United states of America," is usurped, through fraud, deceit, deception, and theft, by the power hungry Whores of London, Germany, and France, to name a few, Barristers (B.A.R.), Bankers (now I.M.F.), The Crown, and the Vatican.

41. The results of the fraud, deceit, deception, and theft, by the power hungry Whores of London, Germany, and France, to name a few, Barristers (B.A.R.), Bankers (now I.M.F.), The Crown, and the Vatican, became known as the Civil War, which was never a declared war, but a Military Police Action, which resulted in the most death and destruction any country has ever suffered, and the Military Occupation of all the former

Republic states, even until today, by the UNITED STATES, INC, et al, under many bankrupt names, the descendants of the first Power Hungry Whores. AND, continues to this day.

42. Claimant, offers as proof of the above statements,

**INSTRUCTIONS FOR THE GOVERNMENT OF ARMIES OF THE UNITED STATES IN THE FIELD**

Prepared by Francis Lieber, promulgated as General Orders No. 100 by President Lincoln, 24 April 1863.

Instructions for the Government of Armies of the United States in the Field, prepared by Francis Lieber, LL.D., Originally Issued as General Orders No. 100, Adjutant General's Office, 1863, Washington 1898: Government Printing Office.

43. Especially Section II.

44. The record reflects that No Treaty of Peace has ever been signed by the Conflicting Parties, Therefore; This Country we all call the United States, is still under the same Military occupation as in 1861 to now.

45. Is it possible for the occupying Military of the United States to still treat the general population, the inhabitants, as belligerents, when most of them have NO knowledge of the facts concerning this matter?

46. From the time 1860, to now, and ongoing, The United States Military, has robbed, raped, pillaged, plundered, and murdered, Inhabitants of the occupied Republic states, as the conflict continues, in complete violation of the rules of war, as defined in the Lieber Code, causing a most severe damage to Claimant, his family, and the general population, inhabitants, persons, that the Lieber Code is put forth to protect.

47. The above paragraphs is to show the history and set the stage for the Court's understanding of Complainant's Complaint, as to the Military occupation of the Courts, and the Military usurpation of the rights and property of the Claimant, the general population, inhabitants, persons, who are not belligerents against a sovereign.

48. The United States Inc. et al, is a private owned corporation, having NO land mass and NO people, therefore;

49. The United States Inc., et al, is NOT a sovereign.

50. Defendant: STATE OF, TENNESSEE corporation, et al agencies, committees, boards, and commissions, is an instrumentality of the private Federal corporation United States Inc. et al, and

51, as a corporation, is responsible for damages to Claimant and all other non-resident alien individuals who have been damaged by its negligence, in that

52. it failed to properly train, and/or instruct its employees, Citizens, Office Holders, Mercenaries, Tortfeasors, Privateers Minions, and Goons, as to the Status and standing of Claimant and other non-resident alien individuals.

53. On or about, July 25, 2015, Military Officer Sparkman is operating under color of State law as a Privateer for the private agency TENNESSEE HIGHWAY PATROL, outside his jurisdiction and scope of authority as a Military Officer, and for a profit and a gain for himself and the private, Military Enterprise corporation, TENNESSEE, STATE OF, et al.

54. On or about, July 25, 2015, Claimant is traveling in his conveyance on highway 70, East of Newtown, Tennessee, when, what appeared to be an emergency vehicle came up behind Claimant, Claimant moved over for the emergency vehicle to pass.

55. The emergency vehicle stopped behind Claimant,

56. an armed Military Officer emerged from the emergency vehicle

57. Claimant feared for his life,

58. Claimant was not armed at that time,

59. Claimant had not committed any crime at that time, or thereafter,

60. The armed Military Officer identified himself by name and Military rank, as Josh Sparkman, a privateer, tortfeasor, Military Officer of the TENNESSEE HIGHWAY PATROL.

61. Sparkman did not witness any crime being committed,

62. Sparkman did not have in his possession an Affidavit and Complaint by a competent fact witness, alleging facts that could commence an action against Claimant,

63. Sparkman did not have in his possession a 4th Amendment warrant at that time.

64. Sparkman demanded Claimant present private material, as evidence against himself.

65. due to threat, duress and coercion, Claimant complied with Sparkman's demands.

66. At this time Sparkman knew, or should have known, that Claimant is not a Officer of the Military,

67. he's not an employee of the Military,

68. nor is he an inductee in the Military at this time.

69. Sparkman, did not have an enforceable contract in his possession, signed by Claimant, upon which he could act.       Page 14 of 25

70. Claimant is not hauling passengers or cargo for hire.

71. Claimant is not hauling arms or contraband at that time.

72. Sparkman made Claimant an offer Claimant feared to refuse at that time.

73. Sparkman's offer is based on Military Commercial Code Title 55, owned and copyrighted by the corporation, STATE OF, TENNESSEE, et al, and it's minions, as it's corporate rules,

74. said Title having no force and effect upon the inhabitants of Tennessee Republic, not part of said private, Military, organization.

75. Sparkman and his Superior Officers, knew or should have known, by their Superior knowledge of the Military Law (Military Regulations), that the Lieber code is in full force and effect,

76. Lincoln's General Orders 100 - April 24, 1863; or Lieber Code, is the instructions given to the Union Army, as to how it must interact, or not, with the inhabitants, population, people.

77. The lieber Code has not been repealed.

78. The United States, Inc, et al, Military occupation of the Republic states, has not ceased. See: Reconstruction Acts of 1867-68.

79. Sparkman and his Superior Officers, knew or should have known, by their Superior knowledge of the Military Law (Military Regulations), that Sparkman's allegation against Claimant, is a direct violation of the Codes, Statutes, ordinances, constitution, and treaties, including the Lieber Code, and Reconstruction Acts of 1867 - 68, copyrighted by the Military Complex, and The B.A.R.

80. Sparkman warned Claimant that if he did not sign the offer (Military Citation), Sparkman was going to take Claimant to jail,

81. which threat, amounts to threat, and coercion, against a non - resident alien individual, by a Military Officer, Sparkman, operating outside his jurisdiction, and under color of State law.

12. under the force of arms, Claimant was forced, by Sparkman, to write his name on the Military Citation,

83. demanding that Claimant appear in a Military Court Marshal ( GENERAL SESSIONS COURT), at McMinnville, Tennessee on August 20, 2015,

84. where Claimant is held as surety for the commercial value placed on said case,

85. against the Trust, created by the State, in a name that sounds like Claimant's, but is not, for the State's own benefit, against his will, over his objection, and without his consent.

86. Claimant's signature does not appear on said Military Citation.

87. Sparkman filed the bogus Military Citation (offer) with the Office of the Clerk of Courts, Military Officer, Bernadette W. Morris,

88. At which time Morris commenced the process of monetizing the case, by

89. her filing the documentation of the bogus case with the Bureau of Public Debt in Washington D.C. to obtain a CUSIP number,

90. The CUSIP number is then placed with Fidelity Investments, as a Security, for a profit and a gain for Morris, and other State Military Officials, and the many non- profit foundations in which the kickbacks is funneled into,

91. Causing a damage to the Claimant, by Morris' filing bogus documents on the Public record, making an appearance that Claimant had agreed to be Surety for the Defendant (State Trust) named on all the bogus papers filed on the record.

92. Claimant is not an Article I, 14th amendment Citizen of the United States.

93. Claimant, is the live man, a non- resident alien, called james everrett; ferrell, NOT to be confused with the State's Trust name, JAMES EVERRETT FERRELL, or any other name created from the State's Fraud and deceit, mischaracterization Birth Certificate scheme, as Morris filed on the Public Record, and

94. Morris presented as truth, the same fraud scheme record, to the Military Tribunal,

95. therefore; causing the mischaracterization of Claimant before the Military Tribunal.

96. Due to threat, duress, coercion, and fear of being thrown in jail, where the Military minions had tried to kill him a time before, Claimant complied ( by Special Appearance) with the Military Citation.

97. On November 11, 2015, Locke is impersonating a lawful judge, by his presiding over a

Military Court Marshal, against Claimant, a non - resident alien individual,

98. while Locke having Superior knowledge that NO lawful Courts exists in STATE OF TENNESSEE having jurisdiction over Claimant, a non-resident alien inhabitant, on the Republic of Tennessee, as referenced in the Lieber Code.

99. It is well proven, by the Court Docket Sheets of the Military tribunal, that it is a policy, custom, procedure, and a pattern and practice for Locke to impersonate a lawful judge, by his presiding over Military Courts Marshal, against non - resident alien individuals, and others similarly situated, without him, or the Military General establishing the jurisdiction of the Tribunal, before proceeding further, when required to do so.

100. In this named proceeding, Claimant is never informed of the Nature and Cause of the allegations against him as required, by well settled law.

101. Defendants: Lisa, Walling, Slatery, Thornton, hereinafter, Military Generals and underlings, for the STATE OF TENNESSEE, Military Tribunals system, are masquerading as Officers of lawful Courts,

102. and causing damage to Claimant and the inhabitants of Tennessee Republic,

103. in violation of the Military regulations pursuant to the lieber Code. and the Reconstruction Acts of 1867 - 68, and the common law rights secured to the people of Tennessee Republic.

104. Defendants: Lisa, Walling, Slatery, Thornton, hereinafter, Military Generals and underlings, are acting as prosecutors for the STATE OF TENNESSEE, Military Tribunals system, masquerading as lawful Courts,

105. them and all of them having superior knowledge of the law,

106. and holding an office of Trust, for profit,

107. All of the above named defendants are promoting the same bogus fraud scheme as stated in the above paragraphs, causing damage to the Complainant, herein, and other non-resident alien individuals, similarly situated, for a profit and a gain for themselves and their State Military Officers, as well as the private corporation, STATE OF, TENNESSEE, while operating under color of State law.

108. all defendants named herein, knew or should have known, that their negligence to act properly on this matter, amounts to malicious prosecution, breach of trust, mischaracterization, personation, barratry, extortion, deprivation of property, and property rights, fraud and deceit, etc, and failed to do their duty to Plaintiff.

109. against Claimant, a non - resident alien individual on Tennessee state, the Republic,

110. causing damage to Claimant and the inhabitants of Tennessee Republic,

111. in violation of the Military regulations pursuant to the lieber Code, and the Reconstruction Acts of 1867 - 68,

112. and in contradistinction to the copyrighted codes, ordinances, statutes, constitutions, and treaties for the United States, Inc., et al, and State and Federal Military corporations.

113. On the day May 11, 2016, Claimant made a Special appearance at (Circuit Court) Court Martial, Larry Bart Stanley presiding Case #15-CR-772.

114 Defendant: Larry Bart Stanley having Superior knowledge of the customs and the law of the land. Larry Bart Stanley has Superior knowledge through his formal education, concerning the policy, customs, and procedures of the statutes, codes, ordinances, constitutions, and treaties, of the Admiralty jurisdiction, is holding office for a profit.

115. On the day May 11, 2016, Claimant made a Special Appearance at Circuit Court, at McMinnville, Tennessee, at which time Larry Bart Stanley appeared to try case 15-CR-772 without any authority to do so, causing Claimant a damage.

116. STATE OF TENNESSEE Code 55-10-305, Cases How Tried, requires that a warrant be prepared before proper authorities before a case can go to trial.

117 On the day May 11, 2016, at the aforesaid Special Appearance at Circuit Court, Larry Bart Stanley tried a case no. 2015- CR-772, him having no duly prepared warrant as required by STATE OF TENNESSEE Code 55-10-305, Cases How Tried, causing Claimant a damage and failure to do his duty to Plaintiff.. SEE: Transcript of said hearing.

118. Claimant appealed to the TENNESSEE COURT OF APPEALS, case No. M2016-01157-CCA-R3-CD where Stanley's covert actions should have been corrected, but the issues was not dissolved in The COURT OF APPEALS were they fail to do their duty to Plaintiff.

119. Claimant appealed to the SUPREME COURT STATE OF TENNESSEE, where Stanley's covert actions should have been corrected, but the issues was not dissolved in The SUPREME COURT STATE OF TENNESSEE.

120. Defendant: John Everett Williams, Defendant: Norma McGee Ogle, Defendant: Robert W. Wedemeyer, are all Officers of the TENNESSEE COURT OF APPEALS, having Superior

knowledge of the customs and the law of the land, and the policy, customs, and procedures of the statutes, codes, ordinances, constitutions, and treaties, of the Admiralty jurisdiction, all are holding office for a profit.

121. Defendant: John Everett Williams, Defendant: Norma McGee Ogle, Defendant: Robert W. Wedemeyer, have an obligation to correct any bogus rulings by a lower court, instead, they appear to be acting in concert with Stanley, to abrogate all forms of law on Tennessee.

122. Defendant: John Everett Williams, Defendant: Norma McGee Ogle, Defendant: Robert W. Wedemeyer, turned a blind eye to the facts of a case brought before them, Therefore, They, and each of them, allowed Stanley to nullify the law of the land, and the policy, customs, and procedures of the statutes, codes, ordinances, constitutions, and treaties, of the Admiralty jurisdiction, by their inactions, therefore, causing Claimant a damage and failed to do their duty to Claimant.

123. Defendant: SUPREME COURT, STATE OF TENNESSEE, hereinafter, Bivins, Clark, Kirby, Lee, Page, are all Officers of the SUPREME COURT STATE OF TENNESSEE, having Superior knowledge of the customs and the law of the land, and the policy, customs, and procedures of the statutes, codes, ordinances, constitutions, and treaties, of the Admiralty jurisdiction, all are holding office for a profit.

124. Defendant: SUPREME COURT, STATE OF TENNESSEE, hereinafter, Bivins, Clark, Kirby, Lee, Page, are all Officers of the SUPREME COURT STATE OF TENNESSEE have an obligation to correct any bogus rulings by a lower court, instead, they appear to be acting in concert with Stanley, to abrogate all forms of law on Tennessee.

125. Defendant: SUPREME COURT, STATE OF TENNESSEE, hereinafter, Bivins, Clark, Kirby, Lee, Page, are all Officers of the SUPREME COURT STATE OF TENNESSEE, turned a blind eye to the facts of a case brought before them, Therefore, They, and each of them, allowed Stanley to nullify the law of the land, and the policy, customs, and procedures of the statutes, codes, ordinances, constitutions, and treaties, of the Admiralty jurisdiction, by their inactions, therefore, causing Claimant a damage when denied appeal.

126. Defendant: James A. Hamilton III, Defendant: William A. Young, Defendant: Robert N. Hibbett, holds his Office as a Claims Officer, for profit, charged with the duties to settle lawful claims made against the STATE OF TENNESSEE, they, and each of them, have failed to carry through with those duties, by their inactions concerning claim T20182207-1 placed before them by Claimant, Due to the neglect of their duties, Claimant's claims against STATE OF TENNESSEE corporation, is not settled, therefore causing Claimant a damage.

127. Defendant: COUNTY OF, WARREN; TENNESSEE corporation, C.E.O. Executive, Herschel

Wells Sr. is a dually elected Officer for Warren County, Tennessee, operating as county executive for the same. All the allegations made by Claimant against the Defendants named in this complaint, are true, and occurred on Herschel Wells Sr.'s watch.

128. Herschel Wells Sr. is the highest Officer of the Warren County Commissioners at the time these allegations occurred. Herschel Wells Sr. is Noticed by Affidavit of Claimant, that these named allegations have occurred. Herschel Wells Sr., having an obligation, and authority, to correct such actions, by Warren County Officials, he neglected to do so and failed to do his duty to Plaintiff.

129. Defendant: Jamie Gibson, appears to be an employee of some private collection agency set up to extort funds from the people of Tennessee. Further allegations will be made upon discovery of such information.

### JUDICIAL NOTICE OF PLAINTIFF INTENT

Plaintiff has no intent for this Compliant to be or to be an appeal to this court. Plaintiff intent. For this action is for redress of grievances, and to be made whole, from the damages and sufferings caused by Defendants named herein, acting in concert, parties to the action, and under color of STATE law. The reference to Court Hearings, and case citing, and dates, and places, is for reference, for the Court to better understand Plaintiff's position.

## VI.                                   CAUSES OF ACTION

**COUNT ONE:**     This Action commences from a TENNESSEE HIGHWAY PATROL MULTIPLE OFFENCE CITATION, by Josh Sparkman, a MILITARY OFFICER, offered to james everrett; ferrell, a free white man, having a free white father and a free white mother, a live man, while Josh Sparkman the MILITARY OFFICER is operating under color of STATE OF, TENNESSEE law, and operating outside his jurisdiction and scope of authority.

By the force of arms, james everett: family of ferrell, Claimant Herein, is a non-resident alien individual, a live man, is damaged by his having to attend Military Court Marshals (hearings) presided over by Morris, Locke, Stanley, Williams, Ogle, Wedemeyer, Bivins, Clark, Kirby, Lee, Page, Gibson, Military Officers of The STATE OF, TENNESSEE, masquerading as lawful courts and judges, them with forethought and malice, knowingly recklessly and for a profit and a gain, willfully, issuing judgments and decrees in the name

of STATE OF, TENNESSEE, against JAMES EVERETT FERRELL, while these herein named

Officials having full knowledge of the facts that JAMES EVERETT FERRELL, is the TRUST,

created by the STATE OF, TENNESSEE's identity theft at the birth

of james everett: ferrell, a non-resident alien Individual, a live man.

This shenanigan preformed by the named herein STATE OF,

TENNESSEE Officials, amounts to mischaracterization and barratry, just to name a few

and failure to do their duty to Plaintiff..

**COUNT TWO:** It shocks the conscious of the average man that both Morris, Locke, and Stanley, knowinglly, willfully and with forethought and malice, have risen above the Authority of the General Assembly of The STATE OF TENNESSEE in its ability to make and enforce the laws within the jurisdiction of the STATE OF TENNESSEE, when both Morris, Locke, and Stanley, misconstrued the statute T.C.A. 55-10-305 in order to create a case no 15-CR-772 against james everrett; ferrell, without their being granted authority by said statute, to do so, knowingly, willfully and with forethought malice and recklessly for a profit and a gain for themselves and the STATE OF TENNESSEE, by their filing of bonds and securitization of said case, causing james everrett; ferrell a damage.

**COUNT THREE:** Williams, Ogle, Wedemeyer, Bivins, Clark, Kirby, Lee, Page, Gibson, them, and each of them, had an obligation, and opportunity, to correct Stanley's bogus case when Claimant filed for appeal before the TENNESSEE COURT OF APPEALS, and upon that bogus ruling, Claimant filed an appeal before the TENNESSEE SUPREME COURT. It shocks the conscious of the average man that Williams, Ogle, Wedemeyer, Bivins, Clark, Kirby, Lee, Page, them, and each of them, holding a high position of integrity, would knowingly, willfully and with forethought and malice, and recklessly violate their own Judicial

Cannons in order to cover up the mistakes, and/or, corruption committed by Morris, Locke, and Stanley. The failure of Williams, Ogle, Wedemeyer, Bivins, Clark, Kirby, Lee, Page, Gibson, to uphold their sworn duties and obligations as Officers of the STATE OF TENNESSEE JUDICIARY, nullifies the intent of the General Assembly of The STATE OF TENNESSEE, causing a damage to the people of Tennessee and to Claimant, and causes

page 21 of

the Law of the land, customs, statutes, codes, ordinances, constitutions, and treaties of the United States of America, and Tennessee to become of non-effect.

As a direct and proximate result of the acts of the Defendants named herein, Claimant suffered the injuries and damages Alleged in Claimant's Complaint and the damages is on going as of today.. The Claimant herein, demands judgment against Defendants herein, jointly and severally. Defendants named herein violated Claimant's rights, multiple times, as those rights are guaranteed to Claimant by the Bill of Rights Article 1, 4, 5, 6, 8, and pertinent to the to the constitution of Tennessee and The constitution of the United States of America. Defendants named herein perpetrated fraud against Claimant multiple times. Defendants named herein, acting in concert and acting under color of State law, Knowingly, willingly , with forethought and malice, recklessly outside their jurisdiction and scope of authority, caused Claimant the damages as alleged within the (4) four corners of this complaint.

**COUNT FOUR:** Williams, Ogle, Wedemeyer, Bivins, Clark, Kirby, Lee, Page, Gibson, and Stanley, and each of them, failed to give remedy to Plaintiff from the fraud cases created by **Morris** costing Plaintiff Time and money trying to get remedy from the case and the excessive fine, and court cost without following due procedures to start a case as provided by general assembly and making sure that there was a warrant prepared in form as required by law also

failing to give nature and cause of an accusation in a criminal case. All theJudges failed to establish complete jurisdiction when requested by Plaintiff.

**Wherefore;** As a direct and proximate result of the acts and inactions of the Defendants named herein, Claimant suffered the injuries and damages Alleged in Claimant's Complaint. The Claimant herein, demands judgment against Defendants herein, jointly and severally. Defendants named herein violated Petitioners rights, multiple times, as those rights are guaranteed to Petitioners by the Bill of Rights Article 1, 4, 5, 6, 8, and pertinent to the constitution of Tennessee and the Constitution of United States of America. Defendants named herein perpetrated fraud against Claimant multiple times. Defendants named herein, acting in concert and acting under color of State law, outside their jurisdiction and scope of authority, caused Claimant the damages as alleged within the (4) four corners of this complaint.

## DECLARATORY JUDGMENT;

All allegations set forth in paragraphs I. Through VI. and 1 through 128 and Causes Of Action are incorporated herein in its entirety by reference.

**(a).** Declaratory judgment for Claimant against Defendants for, Compensatory damages in excess of $100,000.oo in lawful currency, and whatever else the jury decides

**(b).** Declaratory judgment for Claimant against Defendants for, Punitive damages as the jury decides, in lawful currency.

(c) Declaratory judgment for Claimant against Defendants, herein for, violation of Claimant's rights by Defendants operating under color of State law, outside theirjurisdiction and scope of authority, causing Claimant the suffering and damages alleged herein.    Page 23 of 26

**(d).** Declaratory judgment for Claimant against Defendants for, the multiple Accounts of fraud perpetrated against Claimant by Defendants, causing Claimant the suffering and damages as alleged in this Complaint.

**(e).** Declaratory judgment for Claimant against Defendants for, compensation, for the Claimant's time taken to research, and compile the information necessary for Claimant to be able to bring this Complaint forward.

**(f).** Declaratory judgment For Claimant against Defendants for, rights violations, as alleged against Defendants within the ( 4 ) four corners of this complaint, as those rights are guaranteed to Claimant by the 1st, 4th, 5th, 6th, 8th, Article of the Bill Of Rights, and the constitution of Tennessee and constitution for the United States of America;

**(g). This Court cause to be commence an investigation;** into Court Records of the STATE cases referenced herein, and related case numbers, as to the Defendants named herein creating and trafficking in fraudulent, forged, counterfeit, securities, as the records reflect, the transcript, and by Defendants' Filed documents into the cases.

**(h).** All attorney fees in processing this action.

**(i).** All rights reserved and the right to amend this complaint as needed;

**(j).** Claimant reserves the right to correct or update list of Defendants as Their identities become known;

**(k).** Declaratory judgment for all Defendants to have separate counsel, in order to avoid any conflict of interest;

**(I).** Such other and further relief as the court deems proper;

**Trial by Jury is hereby Demanded**

Dated: 7/29/19

*james everett, ferrell*

james everett, ferrell
7080 Viola rd
Morrison Tennessee 37357

**VERIFICATION**

I, *james Everett ferrell*, Complaintant do state that I have read the complaint, and that the statements within are true, correct, complete, and not misleading, to the best of my knowledge, except as to those things stated upon information and belief, and as to those things I believe is true.

*James everett ferrell*

Sworn to before me this:

29 day of July , 2019          SEAL:

Magistrate or Notary Public for ~~South Carolina~~ Tennessee

My Commission expires: 2-8-21

*[Notary seal: JAIME L. PRATER, STATE OF TENNESSEE, NOTARY PUBLIC, WARREN COUNTY, My Commission Expires 2-8-21]*

25 of 25
